Printed: 07/18/11 09:22 AM

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Case: 10-51012 - BRIGAN, SHAWN A

Page: 1

**RECEIVED**
2011 JUL 19 AM 9:02
U.S. BANKRUPTCY COURT
DULUTH, MN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant / Payee | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200333113566 | 115 | 07/18/11 | 4 | 09/01/10 | 610 | U.S. Bankruptcy Court / BULLSEYE FINANCIAL | 469.65 | 469.65 | 3.96 | 3.96 |

Check Amount: $3.96

Total: $3.96